**Dan OLIVER, Plaintiff–Appellant,**

v.

**K. OSBORNE, Defendant–Appellee.**

Dan Oliver, Plaintiff–Appellant,

v.

K. Osborne; Doctor Raynard; Doctor Carbone; Wyatt, Correctional Officer; Smith, Correctional Officer; Firebaugh, Correctional Officer; Vanhay, Correctional Officer; Huffman, Regional Director, Marion Correctional Treatment Center; P. True, Warden; Pixley, Assistant Warden; Keeling, Assistant Warden; Clarke, Operational Officer; Morehead, Correctional Officer; Sussex I State Prison; Fleming, Regional Director; Doctor Love; Ronald Angelone, former Director, Virginia Department of Corrections; Barbara Mason, Defendants–Appellees.

Nos. 03–6621, 03–6622.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 22, 2003.

Decided Sept. 25, 2003.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dan Oliver appeals the district court's orders denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaints pursuant to 28 U.S.C. § 1915(g) (2000), and denying his motions to amend and for reconsideration. We have reviewed the

records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Oliver v. Osborne,* Nos. CA–03–43; CA–03–9 (W.D.Va. Feb. 24, 2003; Feb. 26, 2003; Mar. 27, 2003). Oliver's motions for general relief, for emergency relief, and for appointment of counsel, as supplemented, are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*